|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | DISTRICT OF NEVADA |
| | | -oOo- |

UNITED STATES OF AMERICA,                )
                                                ) Case No.: 2:19-mj-00166-PAL
      Plaintiff,                     )
                                                )
      vs.                                    ) **ORDER FOR ISSUANCE OF**
                                                ) **WRIT OF HABEAS CORPUS**
DENNIS ALBA,                          ) **AD PROSEQUENDUM FOR**
                                                ) **DENNIS ALBA**
      Defendant.                  ) **(ID# 1905515)**
                                                )

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said DENNIS ALBA before the United States District Court at Las Vegas, Nevada, on or about March 20, 2019, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE